AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.
Nick Guadalupe Cruz-Lopez

*Defendant(s)*

Case No. 8:26-mj-1705-SPF

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 2, 2026 in the county of Pinellas in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 871 | Threats against President and successors to the Presidency |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Matthew J. Miller
*Complainant's signature*

Matthew Miller, U.S. Secret Service
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 4/2/2026

*Judge's signature*

City and state: Tampa, Florida

Honorable Sean P. Flynn, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Matthew J. Miller, a Special Agent with the United States Secret Service, being sworn to tell the truth, state as follows:

1. I am a Special Agent with the United States Secret Service assigned to the Tampa Field Office, in Tampa, Florida. I am a graduate of the Criminal Investigator Training Program (CITP) at the Federal Law Enforcement Training Center (FLETC), Special Agent Training Course at the James J. Rowley Training Center and the Cyber Foundational Training Course at the National Computer Forensics Institute. During my training at these institutions, I received over 1000 hours of specialized instruction in federal criminal law, investigative techniques, lawful search and seizure, surveillance operations, evidence collection and preservation and basic computer and digital forensics. As a Special Agent with the USSS, I am responsible for investigating and enforcing violations of federal law, to include violations relating to threats against the President of the United States in violation of 18 U.S.C. § 871. My duties include maintaining case files, preparing reports, conducting surveillance and interviewing suspects.

2. Prior to my tenure as a Special Agent, I was a sworn Law Enforcement Officer with 14 years of experience with the Polk County Sheriff's Office in the State of Florida, where I became a Master Deputy Sheriff after completing hundreds of additional hours of specialized training in all areas related to law enforcement and criminal investigations before being promoted to the rank of Sergeant. During my tenure I made over 100 probable cause arrests. My training and experience have

afforded me a comprehensive understanding of investigative procedures, Unite States Code, case law, criminal behavior, and the legal standards required to establish probable cause.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Nick Guadalupe **Cruz-Lopez** ("**CRUZ-LOPEZ**"). This affidavit sets forth facts sufficient to establish probable cause to believe that **CRUZ-LOPEZ** has violated 18 U.S.C. § 871 (Threats against President and successors to the Presidency).

4. The facts contained in this affidavit are drawn from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, and the review of documents by law enforcement officers. Because this affidavit is being submitted for the limited purpose of seeking authorization to arrest **CRUZ-LOPEZ**, I have not set forth each and every fact learned during the course of this investigation.

## PROBABLE CAUSE

5. On April 2, 2026, at approximately 11:56 AM EST, the United States Secret Service ("USSS") received a voluntary emergency disclosure from Meta, a social media company located in California, that an Instagram user identified as "813.cruzz" made a public post on the internet, an instrumentality of interstate commerce, that stated, "MAGA Otw to kill trump". The post was an image of the

subject holding an AR-15 style rifle while in a vehicle. The user had a distinct tattoo on his forearm holding the AR-15 rifle. The post looked like this:




6. The tip submitted from Meta contained Latitude and Longitude information (27.737026,-82.748222) that placed the post being made in the

approximate area of St. Pete Beach, Florida, which is in the Middle District of Florida. Automated License Plate Readers showed **CRUZ-LOPEZ's** vehicle (FL Tag# 24FQWW Gray Honda) was in the area of St. Pete Beach, FL on 04/02/2026 at 10:08 AM EST.

7. Meta provided a date of birth for "813.cruzz" of 12/12/2000 and a phone number of 813-785-3395. T-Mobile was given an exigent emergency request for subscriber information and location data. T-Mobile provided the subscriber as **CRUZ-LOPEZ** (H/M, DOB 12/12/2006), with the address of 81 Chestnut Dr., Plant City, Florida. Continuous phone location data was provided to USSS by T-Mobile, which led USSS agents to Plant City, Florida.

8. A query of the Florida Driver and Vehicle Information Database ("DAVID") confirmed that **CRUZ-LOPEZ** (H/M, DOB 12/12/2006) resides at 81 Chestnut Rd, Plant City, FL, and **CRUZ-LOPEZ** has a 2025 Gray Honda bearing FL registration 24FQWW registered to him.

9. Using open-source and Law Enforcement intelligence resources, USSS was able to confirm that the information provided by Meta and T-Mobile matched **CRUZ-LOPEZ.** Additionally**, CRUZ-LOPEZ's** Tik-Tok account (Username: @813.cruzz) was located which shows a tattoo on **CRUZ-LOPEZ's** forearm which appears to match the tattoo in the threat post.

## CONCLUSION

10. Based on my training and experience, and involvement in this case, I believe there is probable cause to believe that **CRUZ-LOPEZ** has committed violations of 18 U.S.C. § 871 (Threats against President and successors to the Presidency) and I respectfully request this Court issue an arrest warrant for **CRUZ-LOPEZ**.

Matthew J. Miller
Matthew J. Miller, Special Agent
United States Secret Service

Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) before me this 2nd day of April 2026.

HONORABLE SEAN P. FLYNN
United States Magistrate Judge