APR 21 2026 PM4:44
FILED - USDC - FLMD - TPA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:26-cr-148-MSS-AAS
18 U.S.C. § 875(c)
(Interstate Communication of a
Threat to Injure)

NICK CRUZ-LOPEZ

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Interstate Communication of a Threat to Injure)

On or about April 2, 2026, in the Middle District of Florida and elsewhere, the defendant,

### NICK CRUZ-LOPEZ,

did knowingly transmit in interstate commerce a communication containing a true threat to injure the person of another, with the intent to communicate a true threat and with recklessness as to whether the communication would be viewed as a true threat, by posting and transmitting a threat on the internet: "MAGA Otw to kill trump" on the social media platform Instagram.

In violation of 18 U.S.C. § 875(c).

## FORFEITURE

1.     The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 875(c) and 28 U.S.C. § 2461(c).

2.  Upon conviction of a violation of 18 U.S.C. § 875(c), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 875(c) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the

provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
Ross Roberts
Assistant United States Attorney

By: _____
Gregory Pizzo
Assistant United States Attorney
Chief, Economic Crimes Section

3

FORM OBD-34

April 26                                    No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## NICK CRUZ-LOPEZ

## INDICTMENT

Violations: 18 U.S.C. § 875(c)

A true bill.

_____
Foreperson

Filed in open court this 21st day

of April 2026

_C. Reaues_
_____
Clerk

Bail $_____